# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

AUG 1 0 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )  Docket Number: CR 05-00186; CR 05-00187 MJJ
)
TOMMY JOE NEAL )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _September 16, 2005_ be continued until _November 18, 2005_ at _2:30 p.m._.

Date: 8/10/2005

Martin J. Jenkins
United States District Judge

NDC-PSR-009 12/06/04